**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| SARAY RUIZ LINARES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | |
| SCOTT LADWIG, Acting Director of the New Orleans Field Office of ICE, in his official capacity, | ) ) ) ) | No. 2:26-cv-02205-SHL-atc |
| Respondent. | ) ) | |

**ORDER REQUIRING SERVICE AND STAYING TRANSFER**

On February 27, 2026, Petitioner Saray Ruiz Linares filed the Petition for Writ of Habeas Corpus (28 U.S.C. § 2241).  (ECF No. 1.)  Ruiz Linares challenges her "continued detention as an 'arriving alien'" in the West Tennessee Detention Facility, and seeks her immediate release. (Id. at PageID 11, 17.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)      Ruiz Linares shall, within **five days** of this Order, serve one copy each of the Petition (ECF Nos. 1, 1-1, 1-2, 1-3) and this Order (ECF No. 6) on the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Additionally, Ruiz Linares shall send the documents listed above to the United States Attorney for the Western District of Tennessee electronically at the following email address:

**stuart.canale@usdoj.gov**.  Failure to fully comply with these service requirements may justify

dismissal of the Petition.  <u>See</u> Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2)     Within **five days** of this Order, Ladwig shall respond to the petition for writ of habeas corpus in writing.

(3)     Ruiz Linares may file a reply within **two days** after Ladwig's responsive filing.

(4)     Ladwig shall not transfer Ruiz Linares out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 3rd day of April, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE