**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| SARAY RUIZ LINARES,<br><br>  Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, in his official capacity as Field Office Director of Enforcement and Removal Operations, New Orleans Field Office,<br><br>  Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)     No. 2:26-cv-02205-SHL-atc<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner Saray Ruiz Linares's Petition (ECF No. 1), filed February 27, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 10), filed April 17, 2026, the Petition is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 24, 2026
Date